# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ZELAIDO RIVERA GARCIA, et al., | Case No. 09-cv-01996-JNE-AJB |
| Plaintiffs, | |
| v. | |
| METRO GANG STRIKE FORCE, et al. | |
| Defendants. | |

## STIPULATION RE: EXECUTIVE DIRECTOR COMPENSATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel, that,

WHEREAS, Lora Setter has been Executive Director for the law enforcement training component of the Metro Gang Strike Force settlement since October 5, 2015;

WHEREAS, the Court issued an Order dated April 8, 2016 appointing Lora Setter as the new Executive Director;

WHEREAS, pursuant to Subpart 12 of the Settlement Agreement entered into in this matter, Class Counsel and Defendants designated individuals with expertise in law enforcement as Law Enforcement Training Representatives (a/k/a "the LETR Board") to oversee the development and implementation of the training curriculum and report back to the Court.

WHEREAS, due to the Executive Director's dedication to the project, the Executive Director reports that a final product for commencement of training is close at hand; and

WHEREAS, the Law Enforcement Training Representatives desired to compensate the Executive Director with hourly increases commensurate with the progress of the project and the contributions and expertise the Executive Director brings to the project; and

WHEREAS, the Law Enforcement Training Representatives had unanimously agreed that the Executive Director's hourly rate should be $95.00 effective November 1, 2016;

NOW, THEREFORE, counsel for the parties request an Order from the Court as follows:

1. That effective November 1, 2016, the Executive Director shall receive compensation of $95.00 per hour for her work on the project.

2. That under Subpart 12 of the Settlement Agreement, the Law Enforcement Training Representatives possess the discretion and authority to determine such matters as compensation to the Executive Director.

3. The Executive Director shall continue to provide updates to the Court regarding the progress of implementing the law enforcement training curriculum.

Dated: 4/24/17

ZIMMERMAN REED LLP

By s/ J. Gordon Rudd
J. Gordon Rudd, Jr. (MN #222082)
David M. Cialkowski (MN #306526)
1100 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Phone: (612)341-0400
Fax: (612)341-0844
gordon.rudd@zimmreed.com
david.cialkowski@zimmreed.com

*Class Counsel*

Dated: 4/24/17

JARDINE, LOGAN & O'BRIEN, PLLP

By s/ Joseph E. Flynn
Joseph E. Flynn (#165712)
8519 Eagle Point Blvd., Suite 100
Lake Elmo, MN 55042
Phone: (661) 290-6500
Fax: (651) 223-5070
jflynn@jlolaw.com

*Counsel for Defendants*