## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| ZELAIDO RIVERA GARCIA, et al.<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>METRO GANG STRIKE FORCE, et al.<br><br>　　　　　　　　　　Defendants. | Case No. 09-cv-01996-JNE<br><br>Judge Joan N. Ericksen |

### AFFIDAVIT OF J. GORDON RUDD, JR.

**STATE OF MINNESOTA** )
　　　　　　　　　　　　) **ss.**
**COUNTY OF HENNEPIN** )

　　　J. Gordon Rudd, Jr., being duly sworn states and deposes as follows:

　　　1.　　I am an attorney with the law firm of Zimmerman Reed LLP and counsel of record in this case.

　　　2.　　The Settlement Agreement directs that all funds disbursed from the Settlement Fund Escrow Account be accompanied by a court order. Settlement Agreement at ¶8.2(d).

　　　3.　　Pursuant to paragraph 9.1(e) of the Settlement Agreement and paragraph 6.2 of the Escrow Agreement, Zimmerman Reed LLP requests disbursement from the Settlement Fund Escrow Account in the amount **$240.00** payable to **The Reyes Law Firm**, as Plaintiffs' Law Enforcement Training and Education Representative; see Statements dated 6/24/2018 and 7/31/2018, attached as **Exhibit A**.

2

    4.    Pursuant to paragraphs 9.1(g) and 9.2 of the Settlement Agreement, and paragraph 6.2 of the Escrow Agreement, Zimmerman Reed LLP requests disbursement from the Settlement Fund Escrow Account in the amount of **$1,131.00** payable to **MLT Group, LLC.** Executive Director Lora Setter has requested and approved this payment for web site hosting services performed by MLT Group LLC.  See MLT Group, LLC invoice no. 54420, dated 8/10/18, attached as **Exhibit B**.

Dated:  August 21, 2018            *s/J. Gordon Rudd, Jr.*
                                               J. Gordon Rudd, Jr.

Subscribed and sworn to before me
this 21st day of August, 2018.
*s/Karen M. Colt*
Notary Public