UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ZELAIDO RIVERA GARCIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>METRO GANG STRIKE FORCE, et al.<br><br>Defendants. | Case No. 09-cv-01996-JNE<br><br>Judge Joan N. Ericksen |

**ORDER FOR AUTHORIZATION TO PAY FEES AND EXPENSES**

The Court authorizes, directs and orders, under the provisions of Section 8.2(d) of the Settlement Agreement and the Settlement Order and Final Judgment that the following amounts be approved for payment by the Escrow Agent from the Settlement Fund Escrow Account (SFEA):

a. **The Reyes Law Firm** in the amount of **$240.00**; and

b. **MLT Group, L.L.C.** in the amount of **$1,131.00**.

This 23rd day of August, 2018.

s/ Joan N. Ericksen<br>JOAN N. ERICKSEN<br>United States District Judge